IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ELAINE C. ARAGON,

Plaintiff,

vs.  No. 1:12-cv-00551-JCH-WDS

NEW MEXICO PUBLIC REGULATION
COMMISSION, a state agency, and LARRY
LUJAN and FIDEL ARCHULETA, in their
official and individual capacities.

Defendants.

## ORDER GRANTING MOTION TO EXTEND DISCOVERY DEADLINES

This matter is before the Court on an unopposed Motion to Extend Discovery Deadlines. (Doc. No. 35). The Court, having considered the parties' motion finds that it is well taken and hereby sets the following pretrial deadlines:

    a. **April 15, 2013** is the termination date for all discovery by all parties;

    b. **April 18, 2013** is the deadline for the filing of all motions relating to discovery;

    c. **April 25, 2013** is the deadline for the filing of dispositive motions;

    d. **June 2, 2013** is the deadline for the filing of other pretrial motions.

IT IS SO ORDERED.

_____
W. DANIEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE